

January 5, 2024

**Certified Mail Return Receipt Requested**
**# 9589 0710 5270 0477 1754 44**

Royal Caribbean Cruise, LTD
Attn: Risk Management
1050 Caribbean Way
Miami, FL  33132

RE:    Our client:    Carmen Roebuck
          Vessel:       Independence of the Seas
          Location:     Interior 11th Floor near the Wind Jammer Buffet
          Date of Loss:  December 10, 2023
          Time of Loss: Approximately 6:30 p.m.

Dear Sir or Madam:

Please be advised that the undersigned counsel represents the above referenced individual, who was injured aboard your vessel which occurred on December 10, 2023. At the place referenced herein, our client slipped and fell on a wet substance walking near the Wind Jammer Buffet.  As a result, Ms. Roebuck sustained injuries to her left knee.

Liability for this accident is based on failure to properly maintain the vessel and common areas in a reasonably safe condition and failure to warn.  This letter shall serve as my client's notice of intent to file a claim pursuant to his passenger ticket contract. Request is made that all future correspondence concerning his claim is directed to the undersigned.

This letter shall also serve as our formal request to provide all shipboard and shore side medical records, bills, reports, medical forms, passenger injury and other witness statements, accident scene photographs and video recordings of this incident and copy of the stateroom account for the entire voyage.

Moreover, please provide a copy of United States Coast Guard Form 2692, together with all other accident and investigative records in your possession.

Royal Caribbean Cruise, LTD
January 5, 2024
Page 2

Request is made that you provide us with this information within (20) days from the date of this letter. Failure to comply with this request within the time stated herein may result in a lawsuit filed against you. A signed Patient Authorization for the Release of Protected Health Information is enclosed.

Should you have any questions or comments, kindly notify me at once.

Very Truly Yours,

Brandon Volk,

*/s/ Brandon Volk*
BRANDON VOLK, ESQ

BV/im
Enclosure